NOTE.— Judge WINKLER did not concur in the above opinion.

---

## LE GEIRSE & CO. v. MATHEWS & WRIGHT.

(No. 1089, Op. Book No. 2, p. 347.)

APPEAL from Galveston County. Opinion by WHITE, P. J.

§ 779. *Damages; liquidated and unliquidated; counterclaim.* Liquidated damages are damages ascertained and agreed upon. [Sedgwick on Dam. 427.] Damages whose amount has been determined by anticipatory agreement between the parties. [2 Bouvier's Law Dic. "Liquidated Damages."] A claim for unliquidated damages, not arising out of, incident to or connected with the plaintiff's cause of action, cannot be pleaded as a counterclaim. [R. S. 649, 650; Carothers v. Thorp, 21 Tex. 358.]

February 19, 1881.        Affirmed.